UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ANNETTE GARDNER | CASE NO. 6:18-CV-01152 |
| VERSUS | JUDGE SUMMERHAYS |
| CATO CORP | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation [Rec. Doc. 14] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that this matter is REMANDED to the 15th Judicial District Court, Lafayette Parish, Louisiana, for lack of subject-matter jurisdiction, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 13th day of March, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE